UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID OPPENHEIMER and<br><br>PERFORMANCE IMPRESSIONS, LLC,<br><br>        Plaintiffs<br><br>v.<br><br>ENTERCOM COMMUNICATIONS CORP.,  and<br><br>INTERTECH MEDIA, LLC<br><br>        Defendants. | Civil Action |

**COMPLAINT**

**Introduction, Jurisdiction and Venue**

This is an Action for damages under the Copyright Laws of the United States, 17 U.S.C. §§101 *et seq*.  Plaintiffs allege that Defendants, Entercom Communications Corp. and Intertech Media, LLC wrongfully reproduced two copyrighted photographs and used and displayed them without permission on the Internet and/or social media websites of at least forty-three (43) radio stations owned by Defendant, Entercom.  Plaintiffs are also seeking damages under the Digital Millennium Copyright Act for altering or removing Plaintiffs' copyright management information from said photographs in violation of 17 U.S.C. §§1201-1203.  Jurisdiction is conferred on this Court pursuant to 28 U.S.C. §1338(a) and proper venue exists under 28 U.S.C. §1400(a).

1. Plaintiff, DAVID OPPENHEIMER (hereinafter, "Oppenheimer") is a professional photographer residing in Asheville, North Carolina.

2. Plaintiff, PERFORMANCE IMPRESSIONS, LLC (hereinafter, "Performance Impressions") is a limited liability company duly organized by law in the State of North Carolina with a mailing address of P. O. Box 8105, Asheville, North Carolina 28814. Oppenheimer is the principal of Performance Impressions through which he licenses his photographs including the two photographs that are the subject of this Action. Oppenheimer and Performance Impressions are sometimes collectively referred to as the Plaintiffs.

3. Defendant, Entercom Communications Corp. (hereinafter, "Entercom"), is a corporation duly organized under the laws of the State of Delaware, having a principal place of business at 401 City Avenue, Suite 809, Bala Cynwyd, Pennsylvania 19004. Entercom owns and operates over 100 radio stations in the United States including several stations in the Commonwealth of Massachusetts, which it operates through its wholly or partially owned subsidiary, Entercom Boston, Inc. Entercom Boston, Inc. is registered to conduct business in this Commonwealth as a foreign corporation.

4. Defendant, Intertech Media, LLC (hereinafter, "Intertech"), is a limited liability company duly organized under the laws of the State of Delaware, having a principal place of business at 9 West Broad Street, Stamford, Connecticut 06870. Intertech is in the business of providing Internet based services to media companies including one or more media companies in this Commonwealth. At all times material hereto, Intertech provided Internet and/or social media services to Entercom.

5. In or around June 2011, Oppenheimer photographed performer and comedian, Lewis Black at the Bonnaroo Musical Festival in Manchester, Tennessee. A few weeks later, Plaintiffs published photographs of Lewis Black on the website of Performance Impressions at www.performanceimpressions.com, and on David Oppenheimer's Flickr site, all rights reserved. All of the photographs of Lewis Black were published with the following copyright management information clearly visible on each image: "© 2011, David Oppenheimer/Performance Impressions." Copies of the two photographs of Lewis Black that are the subject of this Action (the "Photographs") are attached hereto as "Exhibit A" and are incorporated herein by reference.

6. Oppenheimer is the author of the Photographs and he has at all times owned all of the rights to the Photographs including the copyrights thereto. The Photographs were registered with the Copyright Registration Office at the Library of Congress under Copyright Registration Number VAu 1-069-656, effective June 18, 2011. See the Certificate of Registration, a copy of which is attached hereto as "Exhibit B," which is incorporated herein by reference.

## **Count I**

7. In or around October 2014, Entercom, acting by or through its agents, servants or employees reproduced the Photographs and used, displayed and/or distributed them without the permission or authority of either Oppenheimer or Performance Impressions on the Internet and/or social media sites of at least forty-three (43) of Entercom's radio stations including the following:

  KAMX, 94.7 FM in Austin, Texas

  WTSS, 102.5 FM in Buffalo, New York

  WBEN, 930 AM in Buffalo, New York

KALC, 105.9 FM in Denver, Colorado

KOSI, 101.1 FM in Denver, Colorado

WKTK, 98.5 FM in Gainesville, Florida

WPAW, 93.1 FM in Greensboro, North Carolina

WSMW, 98.7 FM in Greensboro, North Carolina

WQMG, 97.1 FM in Greensboro, North Carolina

WSPA, 98.9 FM in Greensville, South Carolina

WFBC, 93.7 FM in Greensville, South Carolina

WZPL, 99.5 FM in Indianapolis, Indiana

WNTR, 107.9 FM in Indianapolis, Indiana

KZPT, 99.7 FM in Kansas City, Missouri

WDAF, 106.5 FM in Kansas City, Missouri

WMHX, 105.1 FM in Madison, Wisconsin

WRVR, 104.5 FM in Memphis, Tennessee

WMC, 99.7 FM in Memphis, Tennessee

WMYX, 99.1 FM in Milwaukee, Wisconsin

WXSS, 103.7 FM in Milwaukee, Wisconsin

WWL, 105.3 FM in New Orleans, Louisiana

WWL, 870 AM in New Orleans, Louisiana

WLNG, 101.9 FM in New Orleans, Louisiana

WEZB, 97.1 FM in New Orleans, Louisiana

WVKL, 95.7 FM in Norfolk, Virginia

WNVZ, 104.5 FM in Norfolk, Virginia

        WWDE, 101.3 FM in Norfolk, Virginia

        WPTE, 94.9 FM in Norfolk, Virginia

        KWJJ, 99.5 FM in Portland, Oregon

        WBEE 92.5 FM in Rochester, New York

        WPXY, 97.9 FM in Rochester, New York

        KDND, 107.9 FM in Sacramento, California

        KUDL, 106.5 FM in Sacramento, California

        KHTP, 103.7 FM in Seattle, Washington

        KRBG, 102.1 FM in San Francisco, California

        KOIT, 96.5 FM in San Francisco, California

        KEYN, 103.7 FM in Wichita, Kansas

        KDGS, 93.5 FM in Wichita, Kansas

        KFBZ, 105.3 FM in Wichita, Kansas

        WKRZ, 98.5 FM in Wilkes-Barre, Pennsylvania

        8.     Copies of some of the infringing uses by Entercom are attached to this Complaint as Exhibit C and are incorporated herein by reference. Plaintiffs discovered Entercom's unauthorized uses of said Photographs on or about October 24, 2014.

        9.     The reproduction, use, display and/or distribution of the Photographs by Entercom, its agents, servants or employees on the Internet and/or social media sites of its said radio stations without the permission or authority of either Oppenheimer or Performance Impressions is a violation of Oppenheimer's exclusive rights to the Photographs under the Copyright Act, 17 U.S.C. §101 *et seq*.

10. As a result, Oppenheimer's copyrights to the Photographs have been infringed for which Plaintiffs are entitled to their damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.

### Count II

11. Plaintiffs reallege Paragraphs 1 through 9 hereof as if said paragraphs had been repeated herein in their entirety.

12. Entercom, acting by or through its agents, servants or employees altered and/or removed Plaintiffs' copyright management information and copyright notice from the Photographs as such term is defined in the Digital Millennium Copyright Act, 17 U.S.C. §§1201-1203, and published the Photographs on the Internet and/or social media sites of at least forty-three (43) of Entercom's said radio stations. The removal and/or alteration of Plaintiffs' copyright management information and copyright notice is a violation of 17 U.S.C. §1202.

13. As a result of Entercom's removal and/or alteration of Plaintiffs' copyright management information and copyright notice, the rights of both Oppenheimer and Performance Impressions have been violated for which Plaintiffs are entitled to their damages plus attorney's fees under 17 U.S.C. §1203(a) through (c).

### Count III

14. Plaintiffs reallege Paragraphs 1 through 6 hereof as if said paragraphs had been repeated herein in their entirety.

15. At all times material hereto, Entercom hired Intertech to provide various Internet and/or social media services for many of Entercom's radio stations. As part of Intertech's services, Intertech provided Internet and/or social media content for many of Entercom's radio

stations. In or around October 2014, Intertech reproduced the Photographs and used, displayed and/or distributed them without the permission or authority of either Oppenheimer or Performance Impressions on the Internet and/or social media sites of at least forty-three (43) of Entercom's radio stations including the following:

    KAMX, 94.7 FM in Austin, Texas

    WTSS, 102.5 FM in Buffalo, New York

    WBEN, 930 AM in Buffalo, New York

    KALC, 105.9 FM in Denver, Colorado

    KOSI, 101.1 FM in Denver, Colorado

    WKTK, 98.5 FM in Gainesville, Florida

    WPAW, 93.1 FM in Greensboro, North Carolina

    WSMW, 98.7 FM in Greensboro, North Carolina

    WQMG, 97.1 FM in Greensboro, North Carolina

    WSPA, 98.9 FM in Greensville, South Carolina

    WFBC, 93.7 FM in Greensville, South Carolina

    WZPL, 99.5 FM in Indianapolis, Indiana

    WNTR, 107.9 FM in Indianapolis, Indiana

    KZPT, 99.7 FM in Kansas City, Missouri

    WDAF, 106.5 FM in Kansas City, Missouri

    WMHX, 105.1 FM in Madison, Wisconsin

    WRVR, 104.5 FM in Memphis, Tennessee

    WMC, 99.7 FM in Memphis, Tennessee

    WMYX, 99.1 FM in Milwaukee, Wisconsin

WXSS, 103.7 FM in Milwaukee, Wisconsin

WWL, 105.3 FM in New Orleans, Louisiana

WWL, 870 AM in New Orleans, Louisiana

WLNG, 101.9 FM in New Orleans, Louisiana

WEZB, 97.1 FM in New Orleans, Louisiana

WVKL, 95.7 FM in Norfolk, Virginia

WNVZ, 104.5 FM in Norfolk, Virginia

WWDE, 101.3 FM in Norfolk, Virginia

WPTE, 94.9 FM in Norfolk, Virginia

KWJJ, 99.5 FM in Portland, Oregon

WBEE 92.5 FM in Rochester, New York

WPXY, 97.9 FM in Rochester, New York

KDND, 107.9 FM in Sacramento, California

KUDL, 106.5 FM in Sacramento, California

KHTP, 103.7 FM in Seattle, Washington

KRBG, 102.1 FM in San Francisco, California

KOIT, 96.5 FM in San Francisco, California

KEYN, 103.7 FM in Wichita, Kansas

KDGS, 93.5 FM in Wichita, Kansas

KFBZ, 105.3 FM in Wichita, Kansas

WKRZ, 98.5 FM in Wilkes-Barre, Pennsylvania

16.     Copies of some of the infringing uses of said Photographs are attached to this Complaint as Exhibit C and are incorporated herein by reference.  Plaintiffs discovered Intertech's unauthorized uses of said Photographs on or about October 24, 2014.

17.     The reproduction, use, display and/or distribution of the Photographs by Intertech for use on the Internet and/or social media websites of Entercom's said radio stations without the permission or authority of either Oppenheimer or Performance Impressions is a violation of Oppenheimer's exclusive rights to the Photographs under the Copyright Act, 17 U.S.C. §101 *et seq*.

18.     As a result, Oppenheimer's copyrights to the Photographs have been infringed by Intertech for which Plaintiffs are entitled to their damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.

## Count IV

19.     Plaintiffs reallege Paragraphs 1 through 6 and Paragraphs 15 through 17 hereof as if said paragraphs had been repeated herein in their entirety.

20.     When Intertech used, distributed and published the Photographs on the Internet and/or social media sites of at least forty-three (43) of Entercom's said radio stations, it removed and/or altered Plaintiffs' copyright management information and copyright notice from the Photographs as such term is defined in the Digital Millennium Copyright Act, 17 U.S.C. §§1201-1203, and.  The use, distribution and publication of the Photographs on the Internet and/or social media sites of Entercom's said radio stations with the copyright management information and copyright notice removed or altered is a violation of 17 U.S.C. §1202.

21.     As a result of Intertech's removal and/or alteration of Plaintiffs' copyright management information and copyright notice, and its use, distribution and/or publication of said

Photographs on the Internet and/or social media sites of Entercom's said radio stations, the rights of both Oppenheimer and Performance Impressions have been violated for which Plaintiffs are entitled to their damages plus attorney's fees under 17 U.S.C. §1203(a) through (c).

WHEREFORE, Plaintiffs, DAVID OPPENHEIMER and PERFORMANCE IMPRESSIONS, LLC, demand judgment against Defendants, ENTERCOM COMMUNICATIONS CORP., and INTERTECH MEDIA, LLC, as follows:

a) That Entercom and Intertech be required to deliver up for impoundment the original and all copies of the Photographs in all forms whatsoever, which are in the possession or under the control of both Entercom and Intertech, including all prints and printed materials such as brochures and newsletters, and all magnetic, electronic and digital media as well as all copies on Entercom's websites including but not limited copies that were published on the Internet and social media sites of all of Entercom's radio stations.

b) That Entercom and Intertech be permanently enjoined from using the Photographs in any way or manner whatsoever.

c) That Entercom and Intertech be required to pay Plaintiffs such actual damages as Plaintiffs have sustained in consequence of Entercom and Intertech's infringements of Plaintiffs' copyrights to the Photographs and to account for all gains, profits and advantages derived by Entercom and Intertech from its use and infringement of the Photographs;

d)      In lieu of Plaintiffs' actual damages and Entercom and Intertech's profits, that Entercom and Intertech be required to pay to Plaintiffs such Statutory Damages as to the Court shall appear just within the provisions of the Copyright Act in a sum not less than $750 nor more than $30,000 per Photograph for each Internet and social media site for each radio station where the Photographs were published, or if the Court finds that the infringements were committed willfully, such statutory damages as to the Court shall appear just within the provisions of the Copyright Act in a sum up to and including $150,000 per Photograph for each Internet and social media site for each radio station where the Photographs were reproduced, used, published, displayed and distributed;

e)      That Entercom and Intertech be required to pay Plaintiffs such actual damages as Plaintiffs have sustained as a result of Entercom and Intertech's violation of 17 U.S.C. §1202, and that Entercom and Intertech account to Plaintiffs for all gains, profits and advantages derived by Entercom and Intertech from such violations;

f)      That in lieu of Plaintiffs' actual damages and Entercom and Intertech's profits, if the court finds that Entercom and/or Intertech removed and/or altered Plaintiffs' Copyright Management Information and copyright notice in violation of 17 U.S.C. §§1201 through 1203, that Entercom and Intertech be ordered to pay to Plaintiffs such Statutory Damages as to the Court shall appear just within the provisions of 17 U.S.C. §1203(c)(3)(B) in a sum not less than $2,500 or more than $25,000, per Photograph for each Internet and social media site for each radio station where the Photographs were reproduced, used, published, displayed and distributed;

g)      That Entercom and Intertech pay Plaintiffs their costs together with reasonable attorney's fees in an amount to be determined by this Court;

h)      That Plaintiffs have such other and further relief as is deemed to be just and proper.

## PLAINTIFFS CLAIM TRIAL BY JURY

DAVID OPPENHEIMER and
PERFORMANCE IMPRESSIONS, LLC
By their attorney,


*/s Andrew D. Epstein*
_____
Andrew D. Epstein, Esquire
BBO #155-140
Barker, Epstein & Loscocco
Boston, Massachusetts 02110
(617) 482-4900
Fax: (617) 426-5251
Photolaw@aol.com

Dated:  August 19, 2016